UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

THANG CUNG,
        Plaintiff(s),

vs.

RAINTUNG ENTERPRISE INC.,
        Defendant(s).

CIVIL ACTION FILE

NO. 1:21-CV-04766-SDG

## J U D G M E N T

This action having come before the court, Honorable Steven D. Grimberg, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for failure to comply, pursuant to NDGa, LR 41.2(B).

Dated at Atlanta, Georgia, this 11th day of February, 2022.

        KEVIN P. WEIMER
        CLERK OF COURT

By: s/Jennifer K. Brown
    , Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 11, 2022
Kevin P. Weimer
Clerk of Court

By: s/Jennifer K. Brown
    Deputy Clerk